

# CHALOS & CO. P.C.
## International Law Firm

123 South Street, Oyster Bay, New York 11771
TEL: +1-516-714-4300 • FAX: +1-516-750-9051 • WEB: www.chaloslaw.com

George M. Chalos
ATTORNEY AT LAW

DIRECT: +1-516-714-3040
MOBILE: +1-516-721-4076
EMAIL: gmc@chaloslaw.com

September 9, 2009

**By Facsimile 212-805-7920**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007-1312

**Re:   National Iranian Tanker Company v. Societe Anonyme Marocaine de L'Industrie
du Raffinage S.A. "SAMIR"
Docket No.: 09 cv 7278 (SAS)
Chalos & Co Ref: 2026.009**

Dear Judge Scheindlin:

We are attorneys for the Plaintiff, National Iranian Tanker Company, in the above-captioned matter. This is a maritime Rule B attachment case which was commenced on or about August 18, 2009. As your Honor will recall, an Order for Issuance of Process of Maritime Attachment and Garnishment was issued on August 20, 2009 for an amount up to USD 806,870.73. Your Honor ordered that in the event Plaintiff restrains any assets pursuant to the Attachment Order, Plaintiff must inform the Court in writing within five (5) days.

Plaintiff restrained one (1) wire transfer in the amount of USD 806,870.73, at garnishee Standard Chartered Bank, on Friday September 4, 2009. These funds were restrained as part of a larger transfer of USD $24,252,907.40 which was originated by the Defendant, SAMIR, the funds in excess of the Order of Attachment have been released pursuant to their original wire transfer instructions. Notice of lawsuit and maritime attachment was immediately provided to Defendant, pursuant to Local Rule B.2. As of the time of this writing, Defendant has not answered, moved, or otherwise appeared in this action. Finally, we confirm that Cease and Desist Notices have been sent to all garnishee banks. Accordingly, SAMIR has been removed from the garnishees' wire transfer filters.

In advance, we thank the Court for its time and consideration, and remain,

Respectfully yours,

CHALOS & CO, P.C.

George M. Chalos

GMC/bps

*Handwritten order:* In accordance with the Order of Maritime Attachment dated August 20, 2009, plaintiff is directed to inform the Court within 30 days of having restrained funds about whether it has been able to negotiate with defendants for substitute security or whether these funds will be directed into the Registry of the Court.
SO ORDERED
Date: Sept. 9, 2009
SHIRA A. SCHEINDLIN