**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------ X

**NATIONAL IRANIAN TANKER**
**COMPANY,**

           **Plaintiff,**

      **- against -**

**SOCIETE ANONYME MAROCAINE**
**DE L'INDUSTRIE DU RAFFINAGE**
**S.A. "SAMIR,"**

         **Defendant.**

------------------------------------------------ X

        **ORDER TO**
      **SHOW CAUSE**

    **09 Civ. 7278 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        In light of the Second Circuit's October 16, 2009 decision in *The*

*Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.*, Nos. 08 Civ. 3477,

08 Civ. 3758, plaintiff is

        HEREBY ORDERED TO SHOW CAUSE why this Court's order(s)

in the above captioned action directing the Clerk of the Court to issue process of

maritime attachment and garnishment and appointing process server pursuant to

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of

the Federal Rules of Civil Procedure should not be vacated.

        Plaintiff is FURTHER ORDERED TO SHOW CAUSE why any

1

funds attached by electronic fund transfers pursuant to this Court's order(s) should

not be immediately released.

Plaintiff may submit an affidavit and brief totaling no more than ten

(10) pages no later than seven days following receipt of this Order.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            October 20, 2009

2

## - Appearances -

**For Plaintiff:**

George M. Chalos, Esq.
Chalos & Co., P.C.
123 South Street
Oyster Bay, New York 11771
(516) 714-4300